# **EXHIBIT B**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. _____

STEVEN K. FARMER,
on behalf of himself and all others
similarly situated,

    Plaintiff,

v.

HUMANA INC.,
a Delaware corporation, and
COTIVITI, INC.,
a Delaware Corporation

    Defendants.
_____/

## DECLARATION OF KIMBERLY J. DONOVAN

I, Kimberly J. Donovan, hereby declare under penalty of perjury as follows:

1. My name is Kimberly J. Donovan. I am over 18 years of age, of sound mind, and fully competent to make this Declaration.

2. I am an attorney licensed to practice in the State of Florida. I am admitted in the United States District Court for the Middle District of Florida. I represent Defendant Humana Inc. ("Humana") in this instant action. I submit this Declaration in support of Defendants' Joint Notice of Removal.

3. Attached as **Exhibit 1** is a screenshot from the Equifax website (https://www.equifax.com/personal/) setting forth credit monitoring and identity theft plans and pricing. I last visited the website on June 13, 2021.

4. Attached as **Exhibit 2** is a screenshot from the Experian website (https://www.experian.com/consumer-products/compare-identity-theft-products.html) setting forth identity theft protection plans and pricing. I last visited the website on June 13, 2021.

I declare under penalty of perjury under the laws of the United States of America that the facts stated in this Declaration are within my personal and first-hand knowledge, and are true and correct.

Executed on June 14, 2021.

                                                                  _____
                                                                  Kimberly J. Donovan

# **EXHIBIT 1**



# Your Credit. Your Identity.

Choose which credit monitoring[1] and identity theft protection plan is right for you.

## Equifax Complete™

Get 1-bureau credit monitoring and ID theft protection features for one adult.

$9.95 per month. Cancel at any time, no partial month refunds.[2]

GET STARTED

Learn More

1-Bureau credit report and VantageScore credit score

Equifax credit report monitoring

Equifax credit report lock[3]

ID restoration

Up to $500K ID theft insurance[4]

## Greater ID Theft Protection + 3-Bureau Credit Monitoring[1]

## Equifax Complete™ Premier

Get 3-bureau credit monitoring[1] and ID theft protection features for one adult.

$19.95 per month. Cancel at any time, no partial month refunds.[2]

GET STARTED

Learn More

**1-Bureau** credit report and VantageScore credit score

Annual **3-Bureau** credit report and VantageScore credit scores

**3-Bureau** credit file monitoring[1]

Equifax credit report lock[3]

Social security number monitoring[5]

ID restoration

**Up to $1MM** ID theft insurance[4]

Stolen funds replacement[4]

## Add Second Adult + Credit Monitoring for up to 4 Kids

## Equifax Complete™ Family Plan

Get 3-bureau credit monitoring[1] and ID theft protection features for your family.

$19.95 per month. Cancel at any time, no partial month refunds.[2]

GET STARTED

Learn More

**1-Bureau** credit report and VantageScore credit score

Annual **3-Bureau** credit report and VantageScore credit scores

**3-Bureau** credit file monitoring[1]

Equifax credit report lock[3]

Social security number monitoring[5]

ID restoration

**Up to $1MM** ID theft insurance[4]

Stolen funds replacement[4]

**Plus, for the same price as Premier, help look after your loved ones with these features:**

**Add a second adult**
(all above features)

## What You Need To Know:

The credit scores provided are based on the VantageScore® 3.0 model. For three-bureau VantageScore credit scores, data from Equifax®, Experian®, and TransUnion® are used respectively. Any one-bureau VantageScore uses Equifax data. Third parties use many different types of credit scores and are likely to use a different type of credit score to assess your creditworthiness.

SEE BELOW FOR IMPORTANT PRODUCT INFORMATION

# Visit the Equifax Consumer Services Center

Access helpful services and useful information to help you take control of your credit report, and better protect yourself from identity theft and fraud.

**VISIT CONSUMER SERVICES CENTER**



Get a free credit report



Place or manage a freeze



Add or manage a fraud or active duty alert



Submit a dispute



### Consumer Privacy for California Residents

Enacted in 2018, the California Consumer Privacy Act creates new consumer rights regarding access to, deletion of, and selling of personal information to 3rd parties.

DO NOT SELL MY PERSONAL INFORMATION | LEARN MORE

## Need quick answers? Visit the Equifax Knowledge Center



How Do I Get My Free Credit Report?
*in Credit Reports Articles*



When Is the Best Time to File for Social Security Benefits?
*in COVID+Credit Articles*



What Happens If My Retirement Plans Change?
*in COVID+Credit Articles*



What is a Good Credit Score?
*in Credit Score Articles*

VIEW ALL EDUCATION

# Take control of your financial journey

## COVID + Credit: Financial Resources

The pandemic has upended the global economy, disrupted our personal lives and finances. Learn how decisions you make and actions you take can impact your credit and your family's financial life.

EXPLORE COVID + CREDIT RESOURCES



## Learn: Understand your credit

Credit can be complicated. But it doesn't have to be. Learning responsible credit behavior can set you up to reach your goals. Find out what's in your Equifax credit report, how your credit scores are calculated, and how to get on track in your credit journey.

LEARN ABOUT CREDIT REPORTS AND SCORES  ▷





### Protect: Help better protect yourself from identity theft

Find out how identity theft happens, and whether you or your loved ones may be at risk. Learn how to better protect your identity, and what you should look out for. And if you've been the victim of identity theft, find out what you can do immediately to begin the recovery process.

LEARN ABOUT IDENTITY THEFT 

# Just the Facts

Answers to common questions

**Q. How do I place, temporarily lift, or permanently remove a security freeze?** +

**Q. How do I place a fraud alert or active duty alert?** +

**Q. How do I correct or dispute information on my credit reports?** +

**Q. How can I get a free Equifax credit report?** +

**Q. What is a security freeze?** +

**Q. What is a fraud alert?** +

1. Credit monitoring from Experian and TransUnion will take several days to begin.

2. We will require you to provide your payment information when you sign up. We will immediately charge your card the price stated and will charge the card the price stated for each month you continue your subscription. You may cancel at any time; however, we do not provide partial month refunds.

3. Locking your Equifax credit report will prevent access to it by certain third parties. Locking your Equifax credit report will not prevent access to your credit report at any other credit reporting agency. Entities that may still have access to your Equifax credit report include: companies like Equifax Global Consumer Solutions, which provide you with access to your credit report or credit score, or monitor your credit report as part of a subscription or similar service; companies that provide you with a copy of your credit report or credit score, upon your request; federal, state and local government agencies and courts in certain circumstances; companies using the information in connection with the underwriting of insurance, or for employment, tenant or background screening purposes; companies that have a current account or relationship with you, and collection agencies acting on behalf of those whom you owe; companies that authenticate a consumer's identity for purposes other than granting credit, or for investigating or preventing actual or potential fraud; and companies that wish to make pre-approved offers of credit or insurance to you.  To opt out of such pre-approved offers, visit www.optoutprescreen.com.

4. The Identity Theft Insurance benefit is underwritten and administered by American Bankers Insurance Company of Florida, an Assurant company, under group or blanket policies issued to Equifax, Inc., or its respective affiliates for the benefit of its Members. Please refer to the actual policies for terms, conditions, and exclusions of coverage. Coverage may not be available in all jurisdictions.

5. WebScan searches for your Social Security Number, up to 5 passport numbers, up to 6 bank account numbers, up to 6 credit/debit card numbers, up to 6 email addresses, and up to 10 medical ID numbers. WebScan searches thousands of Internet sites where consumers' personal information is suspected of being bought and sold, and regularly adds new sites to the list of those it searches. However, the Internet addresses of these suspected Internet trading sites are not published and frequently change, so there is no guarantee that we are able to locate and search every possible Internet site where consumers' personal information is at risk of being traded.

6. In connection with various settlements, Equifax is making at least six additional free Equifax credit reports each year available online to U.S. consumers on annualcreditreport.com until December 31, 2026. These reports are included in the free weekly Equifax credit reports currently offered on annualcreditreport.com through April 2021.



WHO WE ARE
About Equifax
Careers
Newsroom
Investor Relations

CREDIT REPORT ASSISTANCE
Get my free annual credit report
Dispute info on credit report
Request a fraud alert
Place a security freeze on reports

CREDIT EDUCATION
Credit Score
Credit Report
Identity Theft Protection

CONNECT WITH US
Contact a Customer Care Representative

EFX®    Privacy Policy    Terms of Use    Ad Choices    Report a Vulnerability    Accessibility | Sitemap    Connect with Us

Copyright 2021 Equifax, Inc. All rights reserved Equifax and the Equifax marks used herein are trademarks of Equifax Inc. Other product and company names mentioned herein are the property of their respective owners.

Powering the World with Knowledge™

# **Exhibit 2**

Step 1

# Who are you protecting?



One adult

One adult
(and up to 10 children)

Two adults
(and up to 10 children)

Step 2

# Choose your plan level

IdentityWorks℠ Plus

# Free 30-day trial

then just $9.99 /month†

A full-featured plan that provides better identity theft detection, protection and resolution.

Compare benefits

Best value

IdentityWorks℠ Premium

# Free 30-day trial

then just $19.99 /month†

Our best identity protection solution with 3-bureau credit monitoring and premium identity alerts.

Compare benefits

†**IMPORTANT INFORMATION**

A credit card is required to start your free 30-day trial membership‡ in Experian IdentityWorks℠ Plus or Experian IdentityWorks℠ Premium. You may cancel your trial membership at any time within 30 days without charge. If you decide not to cancel, your membership will continue and you will be billed $9.99 each month for Experian IdentityWorks℠ Plus or $19.99 each month for Experian IdentityWorks℠ Premium.

◯ **Billed Monthly**

◯ **Billed Annually**
(Save 17% annually)

| | Plus | Premium |
|---|---|---|

## Coverage

| | Plus | Premium |
|---|---|---|
| Adult Identity Protection | One adult | One adult |
| Child Identity Protection ⌄ | | |
| Social Security Number Trace | | |
| Social Network Monitoring | | |
| Dark Web Surveillance | | |
| Fraud Resolution Services | | |
| Identity Theft Insurance※ | | |

## Identity Theft Monitoring & Protection

| | Plus | Premium |
|---|---|---|
| Dark Web Surveillance | ✓ | ✓ |
| Identity Theft Insurance※ | Up to $500,000 | Up to $1,000,000 |
| U.S.-Based Fraud Resolution Specialist | ✓ | ✓ |
| Lost Wallet Assistance | ✓ | ✓ |
| Identity Theft Monitoring & Alerts ⌄ | ✓ | ✓ |
| Social Security Number Monitoring | ✓ | ✓ |
| Address Change Verification | ✓ | ✓ |

| | | |
|---|---|---|
| Financial Account Activity | | ✓ |
| Identity Validation Alerts | | ✓ |
| Payday Loan Monitoring | | ✓ |
| Court Records | | ✓ |
| Sex Offender Registry | | ✓ |
| File-Sharing Network Monitoring | | ✓ |
| Social Network Monitoring | | ✓ |

## Experian CreditLock

| | | |
|---|---|---|
| Lock and Unlock Your Experian Credit File | ✓ | ✓ |
| Real-time Alerts on Attempted Credit Inquiries | ✓ | ✓ |

## Credit Monitoring & Alerts

| | | |
|---|---|---|
| Credit Bureaus Monitored ⌵ | Experian | Experian, Equifax®, TransUnion® |
| New Credit Inquiries | ✓ | ✓ |
| New Accounts | ✓ | ✓ |
| Large Account Balance Changes | ✓ | ✓ |
| Credit Utilization | ✓ | ✓ |
| Positive Activity | ✓ | ✓ |
| Dormant Accounts | ✓ | ✓ |
| FICO® Score* Alerts | ✓ | ✓ |

## Credit Scores

| | | |
|---|---|---|
| 3-Bureau FICO® Scores* | | Quarterly |
| FICO® Scores* based on Experian data | Daily | Daily |

| | | |
|---|---|---|
| Score Tracking | ✓ | ✓ |
| FICO® Score* Simulator | ✓ | ✓ |
| Additional FICO® Scores*(Auto, Home & Bankcard) | ✓ | ✓ |

‡Monitoring with Experian begins within 48 hours of enrollment in your trial. Monitoring with Equifax® and TransUnion® takes approximately 4 days to begin, though in some cases cannot be initiated during your trial period. You may cancel your trial membership in IdentityWorks℠ any time within 30 days of enrollment without charge.

※Identity Theft Insurance underwritten by insurance company subsidiaries or affiliates of American International Group, Inc. (AIG). The description herein is a summary and intended for informational purposes only and does not include all terms, conditions and exclusions of the policies described. Please refer to the actual policies for terms, conditions, and exclusions of coverage. Coverage may not be available in all jurisdictions. Review the Summary of Benefits for Experian IdentityWorks℠ Premium or Experian IdentityWorks℠ Plus.

*Credit score is calculated based on FICO® Score 8 model, unless otherwise noted. In addition to the FICO® Score 8, we may offer and provide other base or industry-specific FICO® Scores (such as FICO® Auto Scores and FICO® Bankcard Scores). Your lender or insurer may use a different FICO® Score than FICO® Score 8 or such other base or industry-specific FICO® Score (if available), or another type of credit score altogether. Learn more.