## Case Details

| | | | |
|---|---|---|---|
| Case Number: | 2021 CA 002175 NC | Uniform Case Number: | 582021CA002175XXXANC |
| Case Status: | OPEN | Case File Date: | 05/06/2021 |
| Case Close Date: | | Judge: | MCHUGH, ANDREA |

## Party Information

| Party Name | Party Type | Attorney (Date Dismissed) |
|---|---|---|
| FARMER, STEVEN K | Plaintiff | YANCHUNIS, JOHN ALLEN |
| HUMANA INC | Defendant | |
| COTIVITI INC | Defendant | |

## Case Fees

| Fee Description | Total Fee | Amount Paid | Waived Amount | Amount Outstanding |
|---|---|---|---|---|
| SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 | $0.00 |
| COMPLAINT | $400.00 | $400.00 | $0.00 | $0.00 |
| SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE | $10.00 | $10.00 | $0.00 | $0.00 |
| **TOTAL** | **$420.00** | **$420.00** | **$0.00** | **$0.00** |

## Case Docket

| Docket Date | Description | Pages |
|---|---|---|
| 5/21/2021 12:00:00 AM | SUMMONS SERVED - COTIVITI INC | 3 |
| 5/21/2021 12:00:00 AM | SUMMONS SERVED - HUMANA INC | 3 |
| 5/6/2021 12:00:00 AM | PAYMENT $420.00 RECEIPT #2021039821 | 1 |
| 5/6/2021 12:00:00 AM | SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE- HUMANA INC - ISSUED 05/06/2021 | 2 |
| 5/6/2021 12:00:00 AM | SUMMONS CIRCUIT EFILED - REQUEST FOR ISSUANCE- COTIVITI INC - ISSUED 05/06/2021 | 2 |
| 5/6/2021 12:00:00 AM | COMPLAINT | 54 |
| 5/6/2021 12:00:00 AM | CIVIL COVER SHEET | 7 |
| 5/6/2021 12:00:00 AM | CIVIL COVER SHEET | 3 |