UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:21-cv-001478-MSS-SPF

STEVEN K. FARMER, *individually and
on behalf of all others similarly situated,*

    Plaintiff,

v.

HUMANA INC., a Delaware
corporation; and
COTIVITI, INC., a Delaware
corporation,

    Defendants.

## JOINT MOTION TO STAY CASE PENDING COMPLETION OF MEDIATION

Plaintiff Steven K. Farmer ("Plaintiff), Defendant Humana Inc. ("Humana") and Defendant Cotiviti, Inc. ("Cotiviti", collectively with Plaintiff and Humana, the "Parties") by and through the undersigned counsel, move for an order staying the case and all current deadlines pending completion of a mediation. As grounds therefore, the Parties state as follows:

1. Plaintiff Steven K. Farmer filed a putative class action Complaint on May 6, 2021, in the Circuit Court of the Twelfth Judicial Circuit in and for Sarasota, County, Florida alleging that Defendants failed to properly secure and safeguard personal and sensitive information and failed to provide timely, accurate and adequate notice to Plaintiff.

2. On June 17, 2021, Defendants filed a Joint Notice of Removal, removing the case to this Court pursuant to the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1332(d), 28 U.S. C. § 1441, and 28 U.S. C. § 1453.

3. On July 30, 2021, Defendants filed two separate Motions to Dismiss for Failure to State a Claim. *See* ECF No. 15 (Humana's Motion to Dismiss); ECF No. 16 (Cotiviti's Motion to Dismiss).

4. On January 15, 2022, the Court granted in part, and denied in part, Defendants' Motions to Dismiss Plaintiff's Complaint. *See* ECF No. 32.

5. Pursuant to Fed. R. Civ. P. (a)(4)(A), the deadline for Defendants to answer Plaintiff's remaining claims is February 8, 2022.

6. A mediation is currently scheduled for March 10, 2022, with Mediator Harry Shafer. Mr. Schaffer has already been approved by the Court to serve as the mediator in this action. *See* ECF No. 31.

7. In order to prepare for mediation, save resources, and explore the possibility of early resolution, the Parties jointly request the Court to stay this case and all current deadlines, including Defendants' deadline to respond to the remaining claims, until after mediation.

8. If the mediation is not successful, the Parties agree to work together on a revised set of deadlines and a new proposed scheduling order to be submitted to the Court.

WHEREFORE, the Parties request the Court enter an Order staying this case and all current deadlines pending the completion of the mediation.

Dated: February 4, 2022.                                   Respectfully submitted,

| | |
|---|---|
| *s/ Ryan D. Maxey* | *s/ Julie Singer Brady* |
| John A. Yanchunis, Esq. | Julie Singer Brady, Esq. |
| Florida Bar No. 324681 | Florida Bar No. 389315 |
| jyanchunis@ForThePeople.com | Email:  jsingerbrady@bakerlaw.com |
| Ryan D. Maxey, Esq. | **BAKER & HOSTETLER LLP** |
| Florida Bar No. 59283 | 200 South Orange Avenue, Suite 2300 |
| rmaxey@ForThePeople.com | Orlando, FL 32801-3432 |
| **MORGAN & MORGAN COMPLEX LITIGATION GROUP** | Telephone:   407.649.4000 |
| 201 N. Franklin Street, 7th Floor | Facsimile:   407.841.0168 |
| Tampa, FL  33602 | |
| Telephone:   (813) 223-5505 | Paul G. Karlsgodt (admitted *pro hac vice*) |
| | pkarlsgodt@bakerlaw.com |
| *Attorneys for Plaintiff* | Michelle R. Gomez (admitted *pro hac vice*) |
| | mgomez@bakerlaw.com |
| | **BAKER & HOSTETLER LLP** |
| | 1801 California Street, Suite 4400 |
| | Denver, CO  80202 |
| | Telephone:   303.861.0600 |
| | Facsimile:   303.861.7805 |
| | *Attorney for Defendant Cotiviti, Inc.* |
| | |
| | */s/ Jason Daniel Joffe* |
| | Jason Daniel Joffe (FBN 0013564) |
| | jason.joffe@squirepb.com |
| | Kimberly J. Donovan (FBN 0016496) |
| | kimberly.donovan@squirepb.com |
| | SQUIRE PATTON BOGGS (US) LLP |
| | 200 S. Biscayne Blvd., Suite 3400 |
| | Miami, FL 33131 |
| | Telephone:   (305) 577-7000 |
| | Facsimile:    (305) 577-7001 |
| | |
| | *Counsel for Defendant Humana Inc.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 4, 2022, I electronically filed with the Clerk of Court the foregoing document using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

*/s/ Jason Daniel Joffe*
Jason Daniel Joffe

010-9323-2978/1/AMERICAS