UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:21-cv-001478-MSS-SPF

STEVEN K. FARMER, *individually and on behalf of all others similarly situated,*

  Plaintiff,

v.

HUMANA INC., a Delaware corporation; and
COTIVITI, INC., a Delaware corporation,

  Defendants.

## JOINT NOTICE OF SETTLEMENT

Pursuant to the Court's Endorsed Order Granting the Parties' Joint Motion to Stay Case Pending Completion of Mediation [ECF No. 34] and Local Rule 3.09, Plaintiff Steven K. Farmer ("Plaintiff), Defendant Humana Inc. ("Humana") and Defendant Cotiviti, Inc. ("Cotiviti", collectively with Plaintiff and Humana, the "Parties") by and through the undersigned counsel, hereby jointly notify the Court that the Parties have reached a class action settlement in the above-captioned matter. Subject to the Court's final approval, the Parties' settlement resolves the entirety of the above-captioned matter.

The Parties will submit a Motion for Preliminary Approval of Class Action Settlement within forty-five (45) days.

Dated: March 16, 2022.                    Respectfully submitted,

| | |
|---|---|
| /s/ *John A. Yanchunis* | /s/ *Julie Singer Brady* |
| John A. Yanchunis, Esq. | Julie Singer Brady, Esq. |
| Florida Bar No. 324681 | Florida Bar No. 389315 |
| jyanchunis@ForThePeople.com | Email:  jsingerbrady@bakerlaw.com |
| Ryan D. Maxey, Esq. | **BAKER & HOSTETLER LLP** |
| Florida Bar No. 59283 | 200 South Orange Avenue, Suite 2300 |
| rmaxey@ForThePeople.com | Orlando, FL 32801-3432 |
| **MORGAN & MORGAN COMPLEX LITIGATION GROUP** | Telephone:   407.649.4000 |
| | Facsimile:    407.841.0168 |
| 201 N. Franklin Street, 7th Floor | |
| Tampa, FL  33602 | Paul G. Karlsgodt (admitted *pro hac vice*) |
| Telephone:   (813) 223-5505 | pkarlsgodt@bakerlaw.com |
| | Michelle R. Gomez (admitted *pro hac vice*) |
| *Attorneys for Plaintiff* | mgomez@bakerlaw.com |
| | **BAKER & HOSTETLER LLP** |
| | 1801 California Street, Suite 4400 |
| | Denver, CO  80202 |
| | Telephone:   303.861.0600 |
| | Facsimile:    303.861.7805 |
| | |
| | *Attorney for Defendant Cotiviti, Inc.* |
| | |
| | /s/*Jason Daniel Joffe* |
| | Jason Daniel Joffe (FBN 0013564) |
| | jason.joffe@squirepb.com |
| | Kimberly J. Donovan (FBN 0016496) |
| | kimberly.donovan@squirepb.com |
| | SQUIRE PATTON BOGGS (US) LLP |
| | 200 S. Biscayne Blvd., Suite 3400 |
| | Miami, FL 33131 |
| | Telephone:   (305) 577-7000 |
| | Facsimile:    (305) 577-7001 |
| | |
| | *Counsel for Defendant Humana Inc.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 16, 2022, I electronically filed with the Clerk of Court the foregoing document using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

/s/ *Jason Daniel Joffe*
Jason Daniel Joffe